## STABNO ET AL. *v.* LEEDS.

[No. 3,813.   Filed June 28, 1901.]

TRIAL.—*Special Finding.—Record.*—Where what is termed a special
finding of facts is not signed by the judge and the record contains
no conclusions of law thereon, the finding will be treated as a gen-
eral finding.   *p. 289.*

NEW TRIAL.—*Grounds.*—A ground in a motion for a new trial that
"the finding and judgment of the court is excessive in amount,"
presents no question where the action is on contract.   *p. 289.*

From Laporte Circuit Court; *W. G. Biddle,* Judge.

Action by Minnie W. Leeds against Wilhelmina Stabno
and others for foreclosure of mortgage.   From a judgment
for plaintiff, defendants appeal.   *Affirmed.*

*F. E. Osborn, H. W. Sallwasser* and *M. T. Krueger,* for
appellants.

*J. F. Gallaher,* for appellee.

PER CURIAM.—The record contains no conclusions of
law to what is termed a special finding of the facts.   Be-
sides, the special finding is not signed by the judge.   As the
record comes to us it must be treated only as a general
finding.   *McClellan* v. *Bond,* 92 Ind. 424; *McCray* v.
*Humes,* 116 Ind. 103; *Branch* v. *Faust,* 115 Ind. 464;
*Smith* v. *Goetz,* 20 Ind. App. 142.

A ground in a motion for a new trial that "the finding
and judgment of the court is excessive in amount", presents
no question where the action is on contract.   *Moore* v. *State,
ex rel.,* 114 Ind. 414; *McCormick, etc., Co.* v. *Gray,* 114
Ind. 340; §568 Burns 1894, §559 Horner 1897.   See, also,
*Davis* v. *Montgomery,* 123 Ind. 587.

But even if properly stated as a ground in the motion
for a new trial no question is presented, because no attempt
has been made to bring the evidence into the record.

Judgment affirmed.